UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BLAKE LEJEUNE, ET AL                                    CIVIL ACTION

VERSUS                                                  NO. 11-1238

TURNER INDUSTRIES GROUP,LLC,                            SECTION J (5)
ET AL

# J U D G M E N T

Considering the Court's Order and Reasons dated April 3, 2012, filed herein,

**IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of Defendant Turner Industries Group, LLC, and against Plaintiff Calvin Parker, dismissing Plaintiff's claims with prejudice, and at his cost.

New Orleans, Louisiana, this 5th day of April, 2012.

_____
UNITED STATES DISTRICT JUDGE